No. 99–37. TAUBE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 99–40. SHEPLEY ET AL. v. NEW COLEMAN HOLDINGS INC., FKA COLEMAN CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–43. BAST, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF BAST, DECEASED, ET AL. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 99–45. WEEREN, DBA VENTURA MARINA AND LANDING v. VENTURA GROUP LLC ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–46. STONE ET AL. v. CITY OF PRESCOTT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–49. CLEARY, BY HIS NEXT FRIEND, CLEARY, ET UX. v. WALDMAN, COMMISSIONER, NEW JERSEY DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–50. WENZEL v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 99–52. HERB HALLMAN CHEVROLET ET AL. v. NASH-HOLMES ET AL.; and
No. 99–211. NASH-HOLMES ET AL. v. HERB HALLMAN CHEVROLET ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 169 F. 3d 636.

No. 99–53. POLSBY v. CHASE ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–54. PERSICO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–55. MANTZ ET UX. v. KIRCHMAN, ACTING JUDGE, CRAWFORD COUNTY. Ct. App. Wis. Certiorari denied.